AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

THE PREMISES OF A
(INTERIOR AND EXTERIOR)
GREEN FORD ESCORT,
TEMPORARY TAG
VIN                         , AND
A LAPTOP COMPUTER, PRINTER
AND SCANNER

**SEARCH WARRANT**

CASE NUMBER:

**06 - 5 0 8 - M - 0 1**

TO: ___CHAD BREWER___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Chad Brewer__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**A green Ford Escort, District of Columbia temporary tag             vehicle identification number                         and a laptop computer, printer and scanner contained therein**

there is now concealed a certain person or property, namely (describe the person or property)

**contents more fully described in paragraph 12, which is incorporated reference**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____December 22, 2006_____
                                                      (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 12 2006

at Washington, D.C.

Date and JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

_____
Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12/12/06 | DATE AND TIME WARRANT EXECUTED<br>12/13/06 - 10:20 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Vehicle searched. |
| INVENTORY MADE IN THE PRESENCE OF  Special Agent Ryan Petrasek. | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>See Attached.<br><br><br><br><br><br>**FILED**<br><br>DEC 1 5 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | | |

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

x _Chad H. Brew_____

Subscribed, sworn to, and returned before me this date.

_John M. Facala_____   _12/15/06_
U.S. Judge or U.S. Magistrate Judge   Date

# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| Ford Escort Wagon Vehicle | 115 | Wednesday, December 13, 2006 |
| | **Starting Date and Time:** | |
| | 12/13/2006 ~~10:35 AM~~ 10:20 AM | |
| | **Ending Date and Time:** | |
| | 12/13/2006 12:24 PM | |

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | |
| **Location:** | Trunk | **Locator Code:** | |
| **Found:** | Trunk | | |
| **Description:** | Seized Per Warrant | Canon Pixma copier/scanner Model | no serial # |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | |
| **Location:** | Trunk | **Locator Code:** | |
| **Found:** | Trunk | | |
| **Description:** | Seized Per Warrant | Dell Laptop Service card | with Encore wireless PC |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | |
| **Location:** | Trunk | **Locator Code:** | |
| **Found:** | Trunk | | |
| **Description:** | Seized Per Warrant | HP Laserjet 1100, | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | |
| **Location:** | Trunk | **Locator Code:** | |
| **Found:** | Trunk | | |
| **Description:** | Seized Per Warrant | Two sheets of printed $20 CFT FRN's | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | |
| **Location:** | Trunk | **Locator Code:** | |
| **Found:** | Trunk | | |
| **Description:** | Seized Per Warrant | One GBC , One silver ruler, One empty cartridge holder, Eleven sheets of blank paper | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | |
| **Location:** | Rear Passenger | **Locator Code:** | |
| **Found:** | Rear Passenger Seat | | |
| **Description:** | Seized Per Warrant | One pair scissors, 39 sheets cream colored paper | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | |
| **Location:** | Rear Passenger | **Locator Code:** | |
| **Found:** | Under seat | | |
| **Description:** | Seized Per Warrant | 9 Sheets of ready made one sided $20 counterfeit FRN's serial | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | |
| **Location:** | Front Passenger Seat | **Locator Code:** | |
| **Found:** | Front seat | | |
| **Description:** | Seized Per Warrant | 19 half sheets of paper, numerous clippings of paper (under seat), VA registration in the name of ⬛⬛⬛ (glove box), Used vehicle order in the name of ⬛⬛⬛ (glove box) | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | |
| **Location:** | Center Console | **Locator Code:** | |
| **Found:** | Center Console | | |
| **Description:** | Seized Per Warrant | Black handle scissor, 1 Canon four color cartridge and two pieces of adhesive tape | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | |
| **Location:** | Drivers Seat | **Locator Code:** | |
| **Found:** | Drivers side seat area | | |
| **Description:** | Seized Per Warrant | 4 paper clippings (drivers side door pocket), 1 orange pull tab (drivers side floor), numerous paper shavings (drivers side floor), 1 roll double sided tape (under drivers seat) | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | |
| **Location:** | Drivers Seat | **Locator Code:** | |
| **Found:** | Back seat drivers side | | |
| **Description:** | Seized Per Warrant | 1 Canon ink cartridge box - 41 color (back seat driver side floor), 1 Canon ink cartridge box - 40 black (back seat driver side floor), 1 empty ink cartridgte container (rear seat), 1 receipt from Prince George Plaza (rear seat), 1 American Express gift card for $25 (rear driver side floor), 1 Datawatch Card (rear drivers side floor) | |